## (November 15, 1973)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JACKSON, Appellant.— Judgment, County Court, Albany County, rendered on June 30, 1972, affirmed. (See *People* v. *Boone,* 41 A D 2d 783.) Staley, Jr., J. P., Greenblott, Cooke, Main and Reynolds, JJ., concur.